IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRES CEDIEL,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH & HUMAN SERVICES, et al.<br><br>          Defendants. | Civil Action No. 24-2289 (RDM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6, undersigned counsel, Katie Townsend, hereby gives notice of her withdrawal as counsel for Plaintiff Andrés Cediel in the above-captioned matter.

Dated: December 19, 2024

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
DC Bar No. 1026155
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
Email: ktownsend@rcfp.org

Consented to by:

*Andres Cediel*
_____

Plaintiff Andrés Cediel

1