UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRÉS CEDIEL,<br><br>       Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 24-2289 (RDM) |

**MOTION FOR EXTENSION OF TIME**

      By and through undersigned counsel, Defendants Health and Human Services ("HHS") and the Administration for Children and Families ("ACF") respectfully move to extend until May 28, 2025, the deadline for the parties to file a joint status report in this matter. The parties met and conferred, and Plaintiff opposes the relief requested herein and intends to file an opposition. The grounds for this motion are as follows.

      Pursuant to the Court's March 11, 2025, Minute Order, the parties are to file pre-motion notices in this matter by April 28, 2025, and a status conference is scheduled for May 1, 2025. As previously explained in the March 11, 2025, status report, Defendants provided Plaintiff with a draft search declaration on February 19, 2025, and Plaintiff provided Defendants with follow up questions and proposals on March 4, 2025. Defendants have been considering how to respond to Plaintiff's questions and proposals. On or around April 1, 2025, however, HHS and its affiliated agencies commenced a Reduction in Force ("RIF") that significantly reduced the Department's workforce and started the process of restructuring the organization as a whole. The RIF and the ongoing reorganization have impacted many FOIA positions across the Department. The Office of Secretary FOIA office is absorbing the workloads of several other HHS FOIA offices that have

been affected by the ongoing reorganization. Given the sudden influx of work and changes in staffing levels, Defendants are not yet prepared to respond to Plaintiff's questions and proposals or to make a proposal to the Court as to recommended next steps in this matter. The undersigned is working diligently with Defendants to ensure that this matter proceeds expeditiously and efficiently. Accordingly, Defendants request this extension of time, which is necessary in light of the circumstances described above.

Defendants propose this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording Defendants a period of necessary time to consider this matter to determine how to move forward and to draft a joint status report that should be informative for the Court.

WHEREFORE, Defendants respectfully request that the Court order that the parties file a joint status report on or before May 28, 2025. A proposed order is enclosed herewith.

Dated: April 22, 2025                    Respectfully submitted,

                                         EDWARD R. MARTIN, JR., D.C. Bar #481866
                                         United States Attorney

                                         By: /s/ *Kaitlin K. Eckrote*
                                         KAITLIN K. ECKROTE
                                         D.C. Bar #1670899
                                         Assistant United States Attorney
                                         601 D Street NW
                                         Washington, D.C. 20530
                                         (202) 252-2485
                                         Kaitlin.eckrote@usdoj.gov

                                         *Counsel for the United States of America*