UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRÉS CEDIEL,<br><br>　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 24-2289 (RDM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time, and for good cause shown and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the parties shall file their next joint status report in this action on or before May 28, 2025.

SO ORDERED:

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　United States District Judge